UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STUART ARON, : | |
| : | |
| Plaintiff, : | Civil Action No. 03-2581 (KSH) |
| : | |
| v. : | |
| : | **ORDER** |
| QUEST DIAGNOSTICS INC., : | |
| : | |
| Defendant. : | |

**KATHARINE S. HAYDEN, U.S.D.J.**

    **THIS MATTER** having come before the Court upon defendant's motion for summary judgment; the Court having considered the written submissions by the parties, and for good cause shown and for the reasons more fully set forth in the opinion of this Court,

    **IT IS** on this 30th day of June, 2005

    **ORDERED** that the motion for summary judgment is **granted** in favor of defendant.

                                                  s/ Katharine S. Hayden

                                                  Katharine S. Hayden, U.S.D.J.